ber of the bar. No opinion. Matter referred to Hon. William D. Dickey, official referee, for action and report to this court; and the offer of the Bar Association is submitted to him for such action thereon as he deems proper.

GABEL, Respondent, v. HASTINGS HOMES CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by George Gabel against the Hastings Homes Company. No opinion. Judgment affirmed, with costs. See, also, 151 N. Y. Supp. 1117.

GABEL, Respondent, v. HASTINGS HOMES CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by George Gabel against the Hastings Homes Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 161 App. Div. 889, 145 N. Y. Supp. 1124; 151 N. Y. Supp. 1117.

GAFFNEY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by Rose A. Gaffney against the City of New York.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, upon the ground that plaintiff's evidence presented a question of fact, which required submission of the case to the jury.

JENKS, P. J., and STAPLETON, J., dissent.

GAGE, Respondent, v. GAGE, Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Jennie Gage against James B. Gage. No opinion. Order affirmed, with $10 costs and disbursements.

GALE v. CORTLAND COUNTY TRACTION CO. et al. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Cora D. Gale, as administratrix, etc., of Harry Gale, deceased, against the Cortland County Traction Company and another. No opinion. Motion denied. See, also, 149 N. Y. Supp. 1083.

GALLAGAN, Respondent, v. PITTSBURG CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by Patrick Gallagan, as administrator, etc., of John Gallagan, deceased, against the Pittsburg Contracting Company.

PER CURIAM. Motions denied.

PUTNAM, J., not voting.

GALLAGHER v. BRUNNER. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Joseph Gallagher against Jane L. Brunner. No opinion. Motion granted, with 10 costs. Order filed.

GARDNER, Appellant, v. NEW YORK CONSOL. CARD CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Mary J. Gardner against the New York Consolidated Card Company. No opinion. Judgment affirmed, with costs.

GARRICOTT, Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Sam Garricott against the New York State Railways.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, P. J., dissents, upon the ground that the court erred in charging the jury as matter of law that the defendant was guilty of an assault.

GEIGER, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Charles Geiger against the New York Telephone Company. No opinion. Judgment affirmed, with costs.

GEORGE, Appellant, v. JOHNSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by Mary E. George, individually and as executrix, etc., against Margaret J. Johnson, individually and as administratrix, etc., and others. No opinion. Motion for leave to appeal (from 149 N. Y. Supp. 1083) to the Court of Appeals denied.

GEORGE v. MURRAY. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Lennie L. George against William R. Murray. No opinion, Application denied, with $10 costs. Order signed. See, also, 149 N. Y. Supp. 503, 87 Misc. Rep. 175.

GEORGE W. PECK CO. v. HAGAMAN et al. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by the George W. Peck Company against Theodore C. Hagaman and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

GERBER v. STATE BANK. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Gustav Gerber against the State Bank. No opinion. Application granted. Order signed.

GERBINO v. GREENHUT–SIEGEL COOPER CO. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Charles Gerbino against the Greenhut-Siegel Cooper Company. No opinion. Motion granted. Order filed. See, also, 151 N. Y. Supp. 1117.

GERBINO v. GREENHUT–SIEGEL COOPER CO. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Charles Gerbino against the Greenhut-